IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY J. BLOTNICK | 2:21-mj-15165-ESK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rachael A. Honig, Acting United States Attorney for the District of New Jersey, by Fatime Meka Cano (E-mail: Fatime.Cano@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

Rachael A. Honig,
Acting United States Attorney

s/Fatime Meka Cano
By: Fatime Meka Cano
Assistant United States Attorney

Dated: May 13, 2021