### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY J. BLOTNICK | 2:21-mj-15165-ESK<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel S. Kahn, Acting Chief of the United States Department of Justice, Criminal Division, Fraud Section, by Cory E. Jacobs, Trial Attorney, is appearing for the United States of America in the above-captioned matter.

>	Daniel S. Kahn
>	Acting Chief, Fraud Section
>	Criminal Division
>	United States Department of Justice
>
>	By: *s/Cory E. Jacobs*
>	Cory E. Jacobs, Trial Attorney
>	United States Department of Justice
>	Criminal Division, Fraud Section
>	1400 New York Avenue, N.W.
>	Washington, D.C. 20005
>	202-514-2000
>	cory.jacobs@usdoj.gov

Dated: May 13, 2021